UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
LAWRENCE REED,                              :
                                            :
        Plaintiff,                     :   CASE NO.: 20-cv-00902-LTS
                                            :
   v.                                       :
                                            :
TALLGRASS ENERGY, LP, DAVID                 :
DEHAEMERS, WILLIAM R. MOLER,                :
MARCELINO OREJA ARBURUA, GUY G.             :
BUCKLEY, WALLACE C. HENDERSON,              :
MATTHEW J.K. RUNKLE, ROY N. COOK,           :
THOMAS A. GERKE, and TERRANCE D.            :
TOWNER,                                     :
                                            :
        Defendants.                    :
------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 20, 2020

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

**OF COUNSEL:**
**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
jfruchter@ademilaw.com
*Attorneys for Plaintiff*

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*